**2017–0122. State v. Lee.**
Richland App. No. 16CA82. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due January 30, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and

1402

therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

*February 13, 2017*

2017-Ohio-490.]

Licking App. No. 16–CA–73. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due February 10, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.